Order issued: September 25, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00588-CV

**JOSEPH HEVEY, IN HIS CAPACITY AS CO-TRUSTEE OF THE WILL SLIP 2011 TRUST, Appellant**

**V.**

**MARGARET HUNDLEY, Appellee**

On Appeal from the 192nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-12482

## ORDER

By letter dated August 22, 2012, Tenesa Shaw, Official Court Reporter of the 192nd Judicial District Court of Dallas County, Texas, informed the Court that appellant had not requested the reporter's record. Accordingly, we **ORDER** the appeal submitted without a reporter's record. *See* Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Ms. Shaw and all counsel of record.

CAROLYN WRIGHT
CHIEF JUSTICE